G. LLINAS & CIA, S. EN C., et al. v. Josefina Santaella COSTAS et al.

No. 4271.

Circuit Court of Appeals, First Circuit.

Dec. 9, 1947.

Arturo Ortiz Toro, Luis Lopez De Victoria, Felix Ochoteco, Jr., and L. E. Dubon, all of San Juan, P. R., for appellants.

Pedro M. Porrata, of Ponce, P. R., for appellees.

Before MAGRUDER, MAHONEY, and WOODBURY, Circuit Judges.

PER CURIAM.

Upon consideration, the following order of court was entered: Upon motion of appellees, it is ordered that this case be docketed, and it is further ordered that the appeal herein be, and the same hereby is, dismissed under Rule 22(3) of this Court.

John H. WALKER, Appellant, v. UNITED STATES of America, Appellee.

No. 11973.

Circuit Court of Appeals, Fifth Circuit.

Dec. 15, 1947.

William C. Rayburn, of Guntersville, Ala., for appellant.

John D. Hill, U. S. Atty., of Birmingham, Ala., for appellee.

Before McCORD, WALLER, and LEE, Circuit Judges.

PER CURIAM.

This appeal not having been perfected within the time required, and in accordance with the order of this court on October 21, 1947, it is the opinion of the court that the same be, and it is hereby, dismissed.